UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LATONYA TANIOS AND
KELLEE BOWIE

CIVIL ACTION

VERSUS

NO.   09-888-A-M1

MARC TABOR, ET AL

## NOTICE OF APPEAL

Notice is hereby given that City of Baton Rouge, Marc Tabor, Vernon Scott, Merlin Broussard, and Reginald R. Brown, Sr., defendants in the above captioned case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the attached Order signed by Judge Kurt D. Engelhardt on November 10, 2010 and emailed to counsel on November 11, 2010, at 6:11 P.M. (dkt. #unknown at this time) entered in this action on November 12, 2010.

By Attorneys:

MARY E. ROPER
Parish Attorney

/s/ James L. Hilburn
James L. Hilburn, T.A. (#20221)
Assistant Parish Attorney
10500 Coursey Blvd., Suite 205
Baton Rouge, LA 70816
(225) 389-8730 - Telephone
(225) 389-8736 - Facsimile

## CERTIFICATE

**I HEREBY CERTIFY** that a copy of the foregoing Defendants' Response to Show Cause Order was this date electronically filed with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to Mr. Roy H. Maughan, Jr., **THE MAUGHAN LAW FIRM, L.L.C.**, 634 Connells Park Lane, Baton Rouge, Louisiana 70806 by operation of the Court's electronic filing system.  And notice will be mailed properly addressed and postage prepaid to any party or counsel not participating in the Court's CM/ECF system.

Baton Rouge, Louisiana, this **12th** day of **November**, 2010.

/s/ James L. Hilburn
**James L. Hilburn**