### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LATONYA TANIOS AND KELLEE BOWIE** | **CIVIL ACTION NO: CV-09-888** |
| **VERSUS** | **DISTRICT JUDGE** |
| **MARC TABOR, VERNON SCOTT, MERLIN BROUSSARD, THE CITY OF BATON ROUGE AND REGINALD R. BROWN, SR.** | |

_____

### MOTION TO VACATE ORDER OF DISMISSAL
_____

**NOW INTO COURT,** through undersigned counsel, come the Plaintiffs, Latonya Tanios and Kellee Bowie, who respectfully represents the following:

1.

On July 6, 2011, this Court entered an Order of Dismissal, dismissing this action without prejudice to the right, upon good cause shown, to reopen the action if settlement is not consummated. Additionally, this Court ordered that all pending motions be dismissed without prejudice as moot.

2.

As of this date, Plaintiffs have not received settlement proceeds relative to the attorney's fees and costs. This matter has yet to be presented to the Metropolitan Council for their approval.

3.

Plaintiff's moves this Court to vacate the Order of Dismissal and move forward with the pending motions, in particular, Plaintiff's Motion to Enforce Settlement Agreement and For Award of Attorneys' Fees, and schedule a preliminary conference for the purposes of scheduling a pre-trial conference and trial on the merits, and discussion of the status and discovery cut-off dates.

**WHEREFORE,** Plaintiffs, Latonya Tanios and Kellee Bowie, pray that this Court vacate its Order of Dismissal dated July 6, 2011, and set a date and time for the Preliminary Telephone Conference.

**RESPECTFULLY SUBMITTED:**
**MAUGHAN LAW FIRM**

__/s/ Roy H. Maughan, Jr._____
**ROY H. MAUGHAN, JR., #17672**
**NAMISHA D. PATEL, #31911**
**634 CONNELL'S PARK LANE**
**BATON ROUGE, LOUISIANA 70806**
**TELEPHONE: 225-926-8533**
**FAX: 225-926-8556**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

__/s/ Roy H. Maughan, Jr._____
**ROY H. MAUGHAN, JR.**