UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

LATONYA TANIOS AND
KELLEE BOWIE

VERSUS

MARC TABOR, ET AL

CIVIL ACTION

NO.   09-888-A-M1

# DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO VACATE ORDER OF DISMISSAL

MAY IT PLEASE THE COURT:

The proposed settlement of plaintiffs' sole remaining claims for attorney's fees and costs was recommended for approval by City of Baton Rouge/Parish of East Baton Rouge Metropolitan Council (hereinafter referred to as "Metro Council") Finance and Executive Committee on August 17, 2011.

The matter proceeded to the "full" Council on August 24, 2011, for a final vote on approval. However, there were several contentious items on the Council agenda at that meeting. As a result, the meeting continued until 8:30 P.M. at which time the meeting was adjourned due to the expiration of time. *See Exhibit "A" attached.* The Metro Council has an operational rule that all Council meetings must end no later than 8:30 P.M.

The *Tanios* settlement is on the September 14, 2011, Council agenda. Barring a time limitation issue, which is not expected at today's meeting, the matter should be resolved.

1

**THEREFORE**, defendants, City of Baton Rouge, Marc Tabor, Vernon Scott, Merlin Broussard and Reginald R. Brown, Sr., respectfully submit that plaintiffs' Motion to Vacate Order of Dismissal be denied.

        **By Attorneys:**
        **MARY E. ROPER**
        **Parish Attorney**

        **/s/ James L. Hilburn**
        **James L. Hilburn, T.A. (#20221)**
        **Senior Special Assistant Parish Attorney**
        **10500 Coursey Blvd., Suite 205**
        **Baton Rouge, LA 70816**
        **Telephone: (225) 389-8730**
        **Facsimile:   (225) 389-8736**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LATONYA TANIOS AND
KELLEE BOWIE

VERSUS

MARC TABOR, ET AL

CIVIL ACTION

NO.   09-888-A-M2

## CERTIFICATE

**I HEREBY CERTIFY** that a copy of the foregoing Defendants' Response to Show Cause Order was this date electronically filed with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to Mr. Roy H. Maughan, Jr., **THE MAUGHAN LAW FIRM, L.L.C.**, 634 Connells Park Lane, Baton Rouge, Louisiana 70806 by operation of the Court's electronic filing system.  And notice will be mailed properly addressed and postage prepaid to any party or counsel not participating in the Court's CM/ECF system.

Baton Rouge, Louisiana, this **14th** day of **September**, 2011.


/s/ James L. Hilburn
JAMES L. HILBURN